ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

GD Group USA Company,

Plaintiff(s),

v.

Medmarc Casualty Insurance Company,

Defendant(s).

Case No. 23 C 0176

Judge Jorge L. Alonso

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Medmarc Casualty Insurance Company
and against plaintiff(s) GD Group USA Company

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                            presiding, and the jury has rendered a verdict.
☐ tried by Judge                                         without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso                      on a motion for summary judgment.

Date: 1/31/2025

Lesley Fairley                , Deputy Clerk